PAT GREGG v. THE STATE.

No. 1539.    Decided January 24, 1912.

**Murder—Notice of Appeal.**

Where, upon appeal from a conviction of murder in the second degree, the record failed to show that notice of appeal was given, the same must be dismissed.

Appeal from the District Court of Burleson. Tried below before the Hon. Ed. R. Sinks.

Appeal from a conviction of murder in the second degree; penalty, twenty-five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, Judge.—The appellant was indicted for murder, plead guilty and the jury found him guilty of murder in the second degree and fixed his penalty at twenty-five years in the penitentiary.

There is no statement of facts in the record. The Assistant Attorney-General moves the court to dismiss the appeal because the record does not show that notice of appeal was given. The record shows no notice of appeal.

The motion to dismiss will, therefore, be granted.

*Dismissed.*